UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

James Keye

                           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

21 mj 9450

Defendant ___James Keye_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_James Keye_____

(During a phone call on September 30, 2021, Mr. Keye authorized Benjamin Gold to affix his electronic signature on this form)

_Ben G_____

**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Defendant's Counsel's Signature**

James Keye
_____
**Print Defendant's Name**

Benjamin Gold
_____
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

_9/30/2021_____
Date

_Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge