

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

> APPLICATION GRANTED
> The conference scheduled for 1/24/2022 is adjourned to 3/3/2022 at 3:00 p.m.  Time is excluded until then under the Speedy Trial Act in the interests of justice for the reasons set forth in the letter.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.  1/18/2022

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. James Keye*, 21-cr-627 (VB)

Dear Judge Briccetti:

    The parties write jointly to update the Court and to respectfully request that the status conference, scheduled for January 24, be adjourned for 30 days. As the parties noted at the last conference before the Court, the parties are hopeful that a resolution may be reached in this matter. The recent uptick in COVID-19, and the related restrictions at the Westchester County Jail—where the defendant is being housed—has delayed resolution discussions, primarily because the defendant has not had a fulsome opportunity to engage with the discovery in this matter. The parties are hopeful that another thirty days will allow for the defendant to engage with his discovery and resolve this matter.  If the Court grants the request to adjourn the status conference, and the parties are unable to resolve this matter in the next thirty days, the Government intends to ask for a motion schedule at the next status conference.  The Government would also respectfully request, if the status conference is adjourned, that time be excluded under the Speedy Trial Act until the date of the rescheduled status conference.  Such an exclusion would be in the interests of justice because it would allow the parties to continue discussing a pretrial resolution.   *See* 18 U.S.C. § 3161(h)(7)(A).  The defendant consent to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
(914) 993-1953 / 1918

cc: Ben Gold (by ECF)